**Petition for Writ of Mandamus and Motion for Temporary Relief Denied and Memorandum Opinion filed January 24, 2025.**



**In The**

# Fifteenth Court of Appeals

---

## NO. 15-24-00135-CV

---

## IN RE WESTDALE ASSET MANAGEMENT, LTD.; JGB VENTURES I, LTD.; JOSEPH BEARD; AND WESTDALE INVESTMENTS, L.P., Relators

---

### Original Proceeding on the Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On December 27, 2024, relators Westdale Asset Management, Ltd.; JGB Ventures I, Ltd.; Joseph Beard; and Westdale Investments, L.P. filed a petition for writ of mandamus in this Court.[1] *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. On December 30, 2024, relators filed in this Court a motion seeking

---

[1] The underlying case is *Christopher Seter v. Westdale Asset Management, Ltd., JGB Ventures I, Ltd., Joseph Beard, and Westdale Investments, L.P.*, Cause No. 24-BC01A-0006, in the Texas Business Court, First Division, the Honorable Andrea K. Bouressa presiding.

temporary relief pending resolution of the petition under Texas Rule of Appellate Procedure 52.10.

The Court denies relators' petition for writ of mandamus and motion seeking temporary relief.


PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.